**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03224-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

CURTIS DEON CALLOWAY,

      Applicant,

v.

RENEE GARCIA, Warden,

      Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

      Applicant has submitted a document titled "Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2241."  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the submitted document is deficient as described in this

order.  Applicant will be directed to cure the following if he wishes to pursue his claims.

Any papers that the Applicant files in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __X__   is not submitted
(2)   ____   is missing affidavit
(3)   ____   is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing
(4)   __X__   is missing certificate showing current balance in prison account
(5)   ____   is missing required financial information
(6)   ____   is missing an original signature by the prisoner
(7)   ____   is not on proper form (must use the court's current form)
(8)   ____   names in caption do not match names in caption of complaint, petition or

                         habeas application

(9)     X     other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:

(10)    __     is not submitted

(11)    X     is not on proper form (must use the court's current form)

(12)    __     is missing an original signature by the prisoner

(13)    __     is missing page nos. ___

(14)    __     uses et al. instead of listing all parties in caption

(15)    __     names in caption do not match names in text

(16)    __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(17)    __     other: _____

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 14, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge